IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-mc-00131-DDD-NRN

FLEXENTIAL COLORADO CORP.,

     Movant,

v.

SWITCH, LTD.,

     Respondent.

---

**NOTICE OF WITHDRAWAL OF SUBPOENA
AND REQUEST TO VACATE HEARING**

---

     Respondent Switch, Ltd., by and through its undersigned counsel, hereby gives notice that it has withdrawn the subpoena underlying Movant's motion to quash. Respondent requests that this Court vacate the hearing scheduled in this matter for February 21, 2020, because the underlying motion is moot. Undersigned counsel represents pursuant to D.COLO.L.CivR 7.1(A) that he has conferred with Movant's counsel of record regarding this matter, and was informed by counsel that Movant has informed the Court clerk by telephone that Movant does not intend to proceed with the scheduled hearing.

Respectfully submitted this 20th day of February, 2020.

/s/David P. Hutchinson
David P. Hutchinson
Otten, Johnson, Robinson, Neff
& Ragonetti, P.C.
950 Seventeenth Street, Suite 1600
Denver, Colorado  80202
Telephone:  303 825 8400
E-mail:  dhutchinson@ottenjohnson.com

Attorneys for Respondent Switch, Ltd.

2

## CERTIFICATE OF SERVICE

 I hereby certify that on this 20th day of February, 2020, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF SUBPOENA AND REQUEST TO VACATE HEARING** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

 Edwin P. Aro
 Rachel L. Ryan
 Arnold & Porter Kay Scholer LLP
 370 Seventeenth Street, Suite 4400
 Denver, CO  80202-1370
 *Attorneys for Movant Flexential Colorado Corp.*

In addition, a copy is being served on our client.

         */s/ Wanda Potthoff*
         Wanda Potthoff

1851236.1